UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN G. ESCANDON,<br><br>            Plaintiff,<br><br>    v.<br><br>J. EVANS, et al.,<br><br>            Defendants. | No. 1:26-cv-00752-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 4) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on January 29, 2026.

On this same date, the Court ordered Plaintiff to either pay the $405.00 filing fee or submit a complete application to proceed in forma pauperis within forty-five days. (ECF No. 4.) Plaintiff has not filed an application to proceed in forma pauperis or paid the $405.00 filing fee and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to comply with a court order. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for failure to comply with a court order.

IT IS SO ORDERED.

Dated:    **March 25, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1