UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN G. ESCANDON,<br><br>              Plaintiff,<br><br>   v.<br><br>J. EVANS, et al.,<br><br>              Defendants. | No.  1:26-cv-00752-SAB (PC)<br><br>ORDER DISCHARING ORDER TO SHOW CAUSE AND STRIKING COMPLAINT FOR LACK OF SIGNATURE<br><br>(ECF Nos. 1, 6) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on January 29, 2026.  (ECF No. 1.)  On this same date, the Court ordered Plaintiff to either pay the $405.00 filing fee or submit a complete application to proceed in forma pauperis within forty-five days.  (ECF No. 4.)  Plaintiff failed to comply with the Court's order.  Therefore, on March 25, 2026, the Court ordered Plaintiff to show cause why the action should not be dismissed.  (ECF No. 6.)

On March 30, 2026, Plaintiff filed a motion to proceed in forma pauperis, which was granted on March 31, 2026.  Inasmuch as Plaintiff's has now filed and been granted in forma pauperis status, the Court's March 25, 2026, order to show cause, (ECF No. 6), is DISCHARGED.

IT IS SO ORDERED.

Dated:    **April 1, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1