UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN G. ESCANDON,<br><br>      Plaintiff,<br><br>    v.<br><br>J. EVANS, et al.,<br><br>      Defendants. | No. 1:26-cv-00752-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S COMPLAINT FOR LACK OF SIGNATURE<br><br>(ECF No. 1) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on January 29, 2026, and Plaintiff was granted in forma pauperis status on March 31, 2026. (ECF Nos. 1, 8.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity and/or against an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). In preparing to screen the complaint, the Court noted that Plaintiff's complaint lacks any signature. (ECF No. 1, p. 20.) Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); Local Rule 131(b). As Plaintiff's complaint is unsigned, the Court must strike it from the record. Plaintiff

1

will be permitted an opportunity to file a signed complaint that complies with the Federal Rules of Civil Procedure and the Local Rules.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's complaint, filed on January 29, 2026, is stricken from the record for lack of signature;

2. The Clerk of Court shall send Plaintiff a civil rights complaint form;

3. Within thirty days from the date of service of this order, Plaintiff shall file an amended complaint bearing his signature; and

4. The failure to comply with this order will result in a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:    **May 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2