UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN G. ESCANDON,<br><br>                Plaintiff,<br><br>        v.<br><br>J. EVANS, et al.,<br><br><br>                Defendants. | No.  1:26-cv-00752-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 10) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On May 13, 2026, the Court issued an order striking Plaintiff's complaint for lack of signature and granted Plaintiff thirty days to file an amended complaint.  (ECF No. 10.)  Plaintiff has not filed an amended complaint or otherwise responded to the Court's order and the time to do so has passed.  Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to comply with a court order.  Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **June 22, 2026**

_____

STANLEY A. BOONE
United States Magistrate Judge

1