UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN G. ESCANDON,<br><br>Plaintiff,<br><br>v.<br><br>J. EVANS, et al.,<br><br>Defendants. | No. 1:26-cv-00752-JLT-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED ON JULY 16, 2026<br><br>(ECF No. 13) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On May 13, 2026, the Court issued an order striking Plaintiff's complaint for lack of signature and directed Plaintiff to file an amended complaint within thirty days. (ECF No. 10.) Plaintiff failed to file an amended complaint or otherwise respond to the Court's order. Therefore, on June 22, 2026, the Court ordered Plaintiff to show cause why the action should not be dismissed. (ECF No. 11.) After Plaintiff failed to respond to the order to show cause, the Court issued Findings and Recommendations to dismiss the action on July 16, 2026. (ECF No. 13.) On this same date, and after the Findings and Recommendations were entered, Plaintiff filed a first amended complaint. (ECF No. 14.)

///

Inasmuch as Plaintiff has now filed a first amended complaint, the Court will vacate the Findings and Recommendations, and Plaintiff's complaint will be screened in due course. However, Plaintiff is advised that he must comply and respond to all orders within a timely manner or the action will be dismissed.

Accordingly, it is HEREBY ORDERED that the Findings and Recommendations issued on July 16, 2026 (ECF No. 13) are VACATED.

IT IS SO ORDERED.

Dated: **July 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge