**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN G. ESCANDON,<br>Plaintiff,<br>v.<br>J. EVANS, et al.,<br>Defendants. | Case No. 1:26-cv-0752 JLT SAB<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION FOR FAILURE TO STATE A CLAIM, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br>(Doc. 17) |

Justing Escandon asserts that he suffered violations of his civil rights while in custody at the Substance Abuse and Treatment Facility. (*See generally* Doc. 17.) The magistrate judge screened Plaintiff's second amended complaint and found he failed to state a cognizable claim under the Eighth Amendment. (Doc. 18 at 2-4.) The magistrate judge also found that Plaintiff failed to state a claim related to the alleged loss of his property because "the negligent or intentional but unauthorized deprivation of property by a person acting under color of state law does not constitute a violation of the procedural requirements of the Due Process Clause if a meaningful state post-deprivation remedy is available." (*Id.* at 4.) The magistrate judge determined that further leave to amend was not warranted because the Court previously provided the relevant legal standards and Plaintiff failed to remedy the pleading deficiencies. (*Id.*) Therefore, the magistrate judge recommended that the "action be dismissed for failure to state a cognizable claim for relief." (*Id.* at 6.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 18 at 6.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate judge's factual findings' on appeal." (*Id*., quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated August 25, 2026 (Doc. 18) are **ADOPTED** in full.
2. The second amended complaint is **DISMISSED** for failure to state a cognizable claim.
3. Plaintiff's claim related to the loss of his property is **DISMISSED** without prejudice to pursuing state remedies.
4. The Clerk of Court is directed to terminate pending matters and close this case.

IT IS SO ORDERED.

Dated: September 28, 2026

[signature] Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE